**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PEREZ, | NO. CV 15-2567-PSG (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   1/13/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1